UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

**FILED**
SEP 20 2018
U.S. CLERK'S OFFICE
INDIANAPOLIS, INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) CAUSE NO. |
| MANUEL J. BOJORQUEZ, | ) 1:18-cr-0304 SEB-TAB |
| Defendant. | ) |

**INFORMATION**

The United States Attorney charges that:

**GENERAL ALLEGATIONS**

1. From at least as early as October 2013, the defendant, MANUEL J. BOJORQUEZ, a resident of California, owned and operated MD Medical Distribution LLC d/b/a DynaMD, a California corporation. The defendant served as a marketer of compounded medications for a Carmel, Indiana compounding pharmacy. The defendant also was a part-owner of Script LLC d/b/a Nowscript, a Sterling Heights, Michigan compounding pharmacy.

2. Both Nowscript and the Indiana compounding pharmacy filled compounded medication prescriptions for beneficiaries of the Department of Labor, Office of Workers' Compensation Programs' (DOL-OWCP) federal health care benefit program. Compounding involves the preparation of medication by combining and mixing different types and dosages of ingredients to create a drug or medication tailored to the needs of an individual patient and for which there is no equivalent form commercially available. DOL-OWCP typically reimbursed

pharmacies for compounded medications prescribed and dispensed to their beneficiaries, based on the amount and nature of the drugs contained in the compound.

3. The Federal Employee Compensation Act (FECA) is a federally funded health care program as described in 20 C.F.R. § 10.0 that provides monetary compensation, medical care, and vocational rehabilitation to civilian employees of the United States Government, including Postal Service employees, for disability due to personal injury or disease sustained while in the performance of duty. The FECA program is administered by the Department of Labor, Office of Workers' Compensation Programs (DOL-OWCP) located in 12 district offices throughout the United States.

## COUNT 1
### Conspiracy to Violate the Anti-Kickback Statute
### 18 U.S.C. § 371

4. Paragraphs 1 through 3 are incorporated by reference as though set forth fully herein.

5. From in or around October 2013 through in or around December 2016, in the Southern District of Indiana, and elsewhere, the defendant

**MANUEL J. BOJORQUEZ,**

did willfully, that is, with the intent to further the objects of the conspiracy, and knowingly combine, conspire, confederate, and agree with others, known and unknown to the Grand Jury to violate Title 42, United States Code, Section 1320a-7b(b)(2)(A), by knowingly and willfully offering and paying any remuneration, including kickbacks and bribes, directly and indirectly, overtly and covertly, in cash and in kind, to a person to induce such person to refer an individual to a person for the furnishing and arranging for the furnishing of any item and service for which payment may be made in whole and in part by a federal health care program.

## PURPOSE OF THE CONSPIRACY

6. It was the purpose of the conspiracy for the defendant and his co-conspirators to unlawfully enrich themselves by, among other things, offering and paying kickbacks to doctors to obtain referrals of certain health care items, namely, prescriptions for compounded medications to be filled and dispensed at the Indiana compounding pharmacy and at Nowscript, and for which these two compounding pharmacies then submitted claims for reimbursement to DOL-OWCP.

## MANNER AND MEANS

The manner and means by which the defendant and his co-conspirators sought to accomplish the purpose of the conspiracy included, among others, the following:

7. BOJORQUEZ and his co-conspirators paid and caused to be paid kickbacks to the practices of Dr. A, Dr. B, Dr. C, and another medical practice where Dr. B was employed – all based in the Chicago, Illinois area – totaling more than $2 million in exchange for Drs. A, B, and C writing prescriptions for compounded medications and referring patients, including DOL-OWCP beneficiaries, to have those prescriptions filled at the Indiana compounding pharmacy and at Nowscript.

8. Drs. A, B, and C wrote prescriptions to their patients, including DOL-OWCP beneficiaries, for compounded medications and referred those patients to the Indiana compounding pharmacy and to Nowscript to have the prescriptions filled and dispensed. The defendant and his co-conspirators received at least approximately $8.4 million from DOL-OWCP for these kickback-tainted prescriptions

All in violation of Title 18, United States Code, Section 371.

## COUNT 2
### Prohibited Financial Transaction
### 18 U.S.C. § 1957

9. Paragraphs 1 through 8 are incorporated by reference as though set forth fully herein.

10. On the dates specified below, within the Southern District of Indiana and elsewhere,

**MANUEL J. BOJORQUEZ,**

did knowingly engage and attempt to engage in a monetary transaction by, through, or to a financial institution, affecting interstate and foreign commerce, in criminally derived property of a value greater than $10,000, as described below, such property having been derived from a specified unlawful activity, that is, conspiracy to violate the Anti-Kickback Statute, in violation of Title 18, United States Code, Section 371.

| Date | Financial Transaction |
|---|---|
| 12/23/2014 | Transferred $200,000 from DynaMD JP Morgan Chase account -9659 to his Capital One account -0688 |

All in violation of Title 18, United States Code, Section 1957.

JO__ J. MINKLER
United States Attorney

STATE OF INDIANA        )
                        )  SS:
COUNTY OF MARION        )

Cindy J. Cho, being first duly sworn, upon her oath deposes and says that she is an Assistant United States Attorney in and for the Southern District of Indiana, that she makes this affidavit for and on behalf of the United States of America and that the allegations in the foregoing Information are true as she is informed and verily believes.

Cindy J. Cho
Assistant United States Attorney

Subscribed and sworn to before me, a notary public, on this 19th day of ~~August~~ september, 2018.

Guey Jen Yang
Notary Public



My Commission Expires:

June 27, 2022

My County of Residence:

Hendricks